IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:15-CV-00175-D

ANTHONY CATTANEO, )
)
       Plaintiff, )
)
v. )
)
DUKE ENERGY CAROLINAS, LLC, )
DUKE ENERGY PROGRESS, INC., )
SECURITAS CRITICAL )
INFRASTRUCTURE SERVICES, INC., )
and SECURITAS SECURITY )
SERVICES USA, INC., )
)
       Defendants. )
_____)

## ORDER GRANTING JOINT MOTION FOR
## A COURT-HOSTED SETTLEMENT CONFERENCE

This matter having come before this Court on the Parties' Joint Motion for a Court-Hosted Settlement Conference. For good cause shown and, pursuant to Local ADR Rule 101.2(a);

**IT IS HEREBY ORDERED** that the parties' Joint Motion for a Court-Hosted Settlement Conference is **GRANTED** and, as a result, that a court-hosted settlement conference take place in this lawsuit on _the date in 2016 picked by Judge Gates_.

**IT IS SO ORDERED.**

This the **20** day of July, 2016.

                                        _____
                                        UNITED STATES DISTRICT COURT JUDGE